IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO.: 2:19-cv-14123-ROSENBERG/MAYNARD

BRII COLEMAN,

    Plaintiff,

vs.

NAVIENT SOLUTIONS, LLC,

    Defendant.

_____/

**JOINT MOTION TO EXTEND OR, ALTERNATIVELY, STAY DEADLINES PENDING RULING ON MOTION TO COMPEL ARBITRATION**

In accordance with Local Rule 7.1(a)(1)(J), Plaintiff Brii Coleman ("Coleman") and Defendant Navient Solutions, LLC ("NSL") (collectively, the "Parties") file this Joint Motion to extend, or alternatively, stay deadlines pending a ruling on NSL's Motion to Compel Arbitration as follows:

1.    On May 2, 2019, NSL filed its Motion to Compel Arbitration. [Doc. 7].

2.    In response, on May 16, 2019, Coleman filed her Opposition to Motion to Compel Arbitration ("Opposition"). [Doc. 8].

3.    The Opposition does not oppose arbitration as a general matter. *Id.* at 1. Rather, the Opposition opposes arbitration before the American Arbitration Association. *Ibid*.

4.    By May 22, 2019, the Parties must serve Rule 26(a)(1)(A) Initial Disclosures and designate a mediator and schedule a time, date, and place for mediation. *See* Order Setting Status Conference, Calendar Call, Pretrial Deadlines, and Trial Date, Order of Requirements, Order of Reference to Magistrate Judge, and Order of Reference to Mediation [Doc. 5], p. 4.

5. Here, good cause exists to extend, or alternatively, stay not only the case deadlines mentioned above, but also all other deadlines this Court deems proper pending resolution of NSL's Motion to Compel Arbitration. Specifically, an extension or stay would preserve this Court's and the Parties' resources in view of the Parties' agreement regarding arbitration. Accordingly, this request is not sought for the purpose of delay, but rather to promote efficient and effective use of judicial and party resources.

6. Accordingly, the Parties request to extend, or alternatively, stay all case deadlines pending resolution of NSL's Motion to Compel Arbitration.

Dated: May 22, 2019

Jointly Submitted,

/s/ Aliza Malouf
Aliza Malouf
Florida Bar No. 1010546
Hunton Andrews Kurth LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
214-979-3000
amalouf@huntonak.com

*Counsel for Defendant Navient Solutions, LLC*

By: /s/*Aaron M. Swift*
Aaron M. Swift, Esq.
Trial Counsel
FBN 0093088
Swift, Isringhaus, and Dubbeld, P.A.
10460 Roosevelt Blvd. N., Suite 313
St. Petersburg, FL 33716
Telephone: (727) 490-9919
Facsimile: (727) 255-5332
Eamil: aswift@swift-law.com
*Attorney for Plaintiff,*
*Brii Coleman*

## **CERTIFICATE OF SERVICE**

I certify that on May 22, 2019, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties and counsel of record.

*/s/ Aliza Malouf*
Aliza Malouf
