Aaron M. Swift, Esq. (FBN: 0093088)
SWIFT ISRINGHAUS, and DUBBELD, P.A.
10460 Roosevelt Blvd. N., Suite 313
St. Petersburg, FL 33716
P: 727-490-9919
aswift@swift-law.com
*Attorneys for Plaintiff,*
*Brii Coleman*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT PIERCE DIVISION

| | |
|---|---|
| BRII COLEMAN,<br><br>      Plaintiff,<br><br>   vs.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>      Defendant. | Case No.: 2:19-cv-14123<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Brii Coleman and Defendant Navient Solutions, LLC, ("Navient"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Navient. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 22nd day of April 2020.

SWIFT ISRINGHAUS, and DUBBELD, P.A.

By: */s/Aaron Swift*
Aaron M. Swift, Esq. (FBN: 0093088)
SWIFT, ISRINGHAUS & DUBBELD, P.A.
10460 Roosevelt Blvd. N. Suite 313
St. Petersburg, FL 33716
Telephone: (727) 490-9919
aswift@swift-law.com
*Attorneys for Plaintiff*
*Brii Coleman*

HUNTON ANDREWS KURTH LLP

By: */s/Aliza Malouf*
Aliza Malouf (FBN: 1010546)
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
P: 214-979-3000
amalouf@huntonak.com
*Attorneys for Defendant*
*Navient Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Aaron M. Swift*
Attorney for Plaintiff